**Daniel Sergio HANSEN, Petitioner–Appellant**

v.

**William STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 12–20343
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 8, 2013.

Daniel Sergio Hansen, Snyder, TX, pro se.

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

*ON PETITION FOR REHEARING*

PER CURIAM: *

Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is GRANTED.

In supplemental briefing filed by the parties after our previous opinion on rehearing, it has come to our attention that the state courts are now moving forward with Hansen's state habeas application. In the light of that activity, we cannot say that there is an absence of available State corrective process or that circumstances exist that render such process ineffective

---

to protect Hansen's rights. *See* 28 U.S.C. § 2254(b)(1)(B). We therefore withdraw our previous opinions in this case and AF-FIRM the judgment of the district court dismissing Hansen's federal habeas petition without prejudice for failure to exhaust state remedies.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.